```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

JOANNE MCCURLEY,                  )
                                  )
               Plaintiff,         )         4:07CV3270
                                  )
       v.                         )
                                  )
CINTAS CORPORATION NO. 2,         )           ORDER
dba CINTAS CORPORATION,           )
                                  )
               Defendant.         )
```

    This removal case is before the court for determination of place of trial.  The case was originally designated for trial in Lincoln.  Plaintiff has requested trial in Omaha, to which Defendants do not object.

    Having reviewed these requests and having given consideration to the convenience of the litigants, witnesses, and counsel, as required by NELR 40.1(a)(1)(D), the court finds that Omaha, Nebraska, should be designated as place of trial.

    IT THEREFORE HEREBY IS ORDERED that plaintiff's motion for trial in Omaha, filing 8, is granted.  Trial will be held in Omaha, Nebraska and the case calendared accordingly.

    DATED this 14th day of December, 2007.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge